IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JUDITH BOYD, as Special Administrator Of the Estate of LARRY BOYD, deceased,<br><br>   Plaintiff,<br><br>vs.<br><br>VIRGIL CALVERT NURSING & REHABILITATION CENTER, INC., VIRGIL CALVERT PROPERTY, LLC, CAHOKIA NURSING & REHABILITATION CENTER, INC., SW MANAGEMENT COMPANY, CAHOKIA BUILDING, LLC, SHELDON WOLFE, RONNIE KLEIN, MOSHE HERMAN, KATHLEEN CRAWFORD, SYED HUSSAIN, M.D., WANDA CONYERS, R.N., VICKI COOPER, R.N., CHRISTINE HOOKS, R.N., LAURA SEGELHORST, R.N., DIANE FOSSETT, R.N., ROSEMARY GREEN, R.N., MARCY CRANDALL, L.P.N., CHINELLE FERREL, L.P.N., MARY GRANGER, L.P.N., RODERICKA HICKMAN, L.P.N., KEYWANA JOHNSON-LEE, L.P.N., ANGELA SHARP, L.P.N., PATRICIA WESLEY, L.P.N., TERESA ROBERG, O. BASGA BERNARD, M.D., LINDA STUCKEY, R.N., CHERYL SCHAEFER, R.N., CRYSTAL ATWOOD, L.P.N., PENNY BRIONES, L.P.N., GLENDA GILBERT, L.P.N., EILEEN HISEL, and SHAILAJA PULISETTY, M.D.,<br><br>   Defendants. | Case No. 13-cv-00056-JPG-SCW |

NOTICE OF REMOVAL

  The United States of America and defendant Shailaja Pulisetty, M.D., by their attorneys, Stephen R. Wigginton, United States Attorney for the Southern District of Illinois, and Laura J. Jones, Assistant United States Attorney, make this notice of removal pursuant to 42 U.S.C § 233 and state as follows:

1. The defendant, Dr. Shailaja Pulisetty, is a defendant in a civil action now pending in the Circuit Court for the Twentieth Judicial Circuit, St. Clair County, Illinois, as case entitled: *Judith Boyd, as Special Administrator of the Estate of Larry Boyd, deceased, vs. Virgil Calvert Nursing & Rehabilitation Center, Inc., et al.*; case number 11-L-176.  A copy of the First Amended Complaint, originally filed in the Circuit Court of Cook County, Illinois, is attached as Exhibit A.  The case was transferred to the Circuit Court for the Twentieth Judicial District.  A copy of the order transferring the case is attached as Exhibit B.  No trial has been held in that action.

2. In the First Amended Complaint, plaintiff alleges that Dr. Pulisetty committed medical negligence.

3. This action is removable pursuant to 42 U.S.C. § 233.  Dr. Pulisetty was at all relevant times acting within the scope of her deemed employment for the United States of America.  Pursuant to 42 U.S.C. § 233, the Attorney General, through the United States Attorney, has certified that Dr. Pulisetty was acting within the scope of her deemed office or employment at the time the claim arose.  *See* Exhibit C.

4. Upon certification, any civil proceeding in a state court shall be removed to the United States District Court, and such action shall be deemed to be against the United States as a substituted party.  42 U.S.C. § 233(c).  Therefore, upon the certification, the case is removable.

2

WHEREFORE, the United States of America and defendant Dr. Shailaja Pulisetty remove this action to the United States District Court for the Southern District of Illinois pursuant to 42 U.S.C. § 233.

DR. SHAILAJA PULISETTY
UNITED STATES OF AMERICA

STEPHEN R. WIGGINTON
United States Attorney


*/s/ Laura J. Jones*
LAURA J. JONES
Assistant United States Attorney
United States Attorney's Office
Nine Executive Drive
Fairview Heights, Illinois 62208-1344
Phone:  (618) 628-3700
Fax:  (618) 622-3810
E-mail:  Laura.Jones@usdoj.gov

3