IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LARRY DONNELL BOYD, JR., as Special Administrator of the Estate of LARRY BOYD, deceased,<br><br>    Plaintiff<br><br>    vs.<br><br>VIRGIL CALVERT NURSING & REHABILITATION CENTER, INC., VIRGIL CALVERT PROPERTY, LLC, CAHOKIA NURSING & REHABILITATION CENTER, INC., SW MANAGEMENT COMPANY, CAHOKIA BUILDING, LLC, SHELDON WOLFE, RONNIE KLEIN, MOSHE HERMAN, KATHLEEN CRAWFORD, SYED HUSSAIN, M.D., WANDA CONYERS, R.N., VICKI COOPER, R.N., CHRISTINE HOOKS, R.N., LAURA SEGELHORST, R.N., DIANE FOSSETT, R.N., ROSEMARY GREEN, R.N., MARCY CRANDALL, L.P.N., CHINELLE FERREL, L.P.N., MARYGRANGER, L.P.N., RODERICKA HICKMAN, L.P.N., KEYWANA JOHNSON-LEE, L.P.N., ANGELA SHARP, L.P.N., PATRICIA WESLEY, L.P.N., TERESA ROBERG, O. BASGA BERNARD, M.D., LINDA STUCKEY, R.N., CHERYL SCHAEFER, R.N., CRYSTAL ATWOOD, L.P.N., PENNY BRIONES, L.P.N., GLENDA GILBERT, L.P.N., EILEEN HISEL, and UNITED STATES OF AMERICA,<br><br>    Defendants. | Case No.   13-cv-56-JPG-SCW |

## RULE 54(B) JUDGMENT

This matter having come before the Court, and the Court having resolved some claims and having found no just reason to delay entry of judgment as to those claims,

IT IS HEREBY ORDERED AND ADJUDGED that all claims in this case by plaintiff Larry Donnell Boyd Jr. against defendant United States of America are dismissed without prejudice for failure to exhaust administrative remedies.

The remainder of the claims in this case were resolved by prior to removal by the Circuit Court for the Twentieth Judicial Circuit in St. Clair County, Illinois.

**DATED: April 15, 2013**                    NANCY J. ROSENSTENGEL, Clerk of Court

                                            s/Brenda K. Lowe, Deputy Clerk

**Approved:**    s/J. Phil Gilbert
            **J. PHIL GILBERT**
            **DISTRICT JUDGE**